UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAOTAO USA, INC., *et al.*<br><br>　　　　Plaintiffs,<br><br>　　　　　v.<br><br>UNITED STATES ENVIRONMENTAL<br>PROTECTION AGENCY, *et al.*<br><br>　　　　Defendants. | Civil Action No.<br>1:20-cv-915 (BAH) |

**FEDERAL DEFENDANTS' SECOND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER OR OTHER RESPONSE TO PLAINTIFFS' COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7(m), Defendants United States Environmental Protection Agency and Phillip Brooks ("Defendants") respectfully request their second thirty-day enlargement of time, up to and including September 9, 2020, for Defendants to answer or otherwise respond to Plaintiffs' Complaint. In support of this motion, Defendants state the following:

1. Plaintiffs filed the Complaint in this matter on April 6, 2020, ECF No. 1, and served the Complaint on May 11, 2020.

2. Pursuant to this Court's June 30, 2020 Minute Order, Defendants' answer or other response is presently due August 10, 2020.

3. Defendants request this second enlargement of time to allow sufficient time to obtain the necessary internal approvals to finalize their response to the Complaint.

4. Pursuant to LCvR 7(m), undersigned counsel conferred with Mr. Chu, counsel for Plaintiffs, who has indicated that Plaintiffs do not oppose the requested extension.

5. Based on the foregoing, Defendants respectfully request that the Court grant Defendants a thirty-day enlargement of time, up to and including September 9, 2020, to answer or otherwise respond to the Complaint.  A proposed order is attached.

Dated: August 4, 2020

                                         Respectfully submitted,

                                         */s/ Sarah Izfar*
                                         Trial Attorney (DC Bar #1017796)
                                         United States Department of Justice
                                         Environmental Defense Section
                                         P.O. Box 7611 (regular mail)
                                         150 M St., NE (overnight)
                                         Washington, D.C. 20044
                                         sarah.izfar@usdoj.gov
                                         (202) 305-0490

Of Counsel

Susan Stahle
U.S. Environmental Protection Agency