UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAOTAO USA, INC., *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*<br><br>Defendants. | Civil Action No.<br>1:20-cv-915 (BAH) |

**[PROPOSED] ORDER GRANTING SECOND MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR RESPOND TO COMPLAINT**

Upon consideration of Defendants' Motion for an Enlargement of Time, it is hereby:

**ORDERED** that Defendants' time to answer or otherwise respond to the Complaint is extended thirty days to September 9, 2020.

Date: _____          _____
                                Hon. Beryl A. Howell
                                Chief United States District Judge