# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAOTAO USA, INC., *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 20-915 (BAH)<br><br>Chief Judge Beryl A. Howell |

## ORDER

Upon consideration of plaintiffs' Motion for Summary Judgment, ECF No. 23; the defendants' Cross-Motion for Summary Judgment, ECF No. 24; the memoranda and Administrative Record submitted in support and opposition; and the entire record herein, for the reasons stated in the accompanying Memorandum Opinion issued contemporaneously with this Order, it is hereby

**ORDERED** that plaintiffs' Motion for Summary Judgment, ECF No. 23, is DENIED; and it is further

**ORDERED** that defendants' Cross-Motion for Summary Judgment, ECF No. 24, is GRANTED; and it is further

**ORDERED** that judgment is entered in favor of the defendants; and it is further

**ORDERED** that the Clerk of the Court shall close this case.

**SO ORDERED.**

Date: March 31, 2022

*This is a final and appealable order.*

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　BERYL A. HOWELL
　　　　　　　　　　　　　　　　　　　　　　　　　Chief Judge